**CLOSED**

1
2
3
4
5
6
7
8
9
10
11
12
13
14

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

15  STEVEN LEON,                              Case No.:  CV 07-04810 DDP (MANx)
16            Plaintiff,                           (Hon. Dean D. Pregerson)
17     v.                                    **JUDGMENT**
18  EXXONMOBIL REFINING & SUPPLY
    CO., A corporation; THOMAS
19  MARCOTTE, an individual; STEVEN
    CHORLEY, an individual; and DOES 1
20  through 250, inclusive,
21            Defendants.
22
23
24
25
26
27
28

981212.1

1         This Court, having on May 13, 2009 granted the Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment by defendant Exxon Mobil Corporation ("Defendant") after reviewing said motion and the evidence submitted by Defendant, and having dismissed defendants Tom Marcotte and Steve Chorley as requested in said motion,

        IT IS ORDERED AND ADJUDGED that JUDGMENT is entered in favor of defendant Exxon Mobil Corporation and against plaintiff Steven Leon.

DATED: July 22, 2009

        The Honorable Dean D. Pregerson
        United States District Court, Judge

981212.1